# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JIMMY L. AVERY  
1515 MEADOW COURT  
ROCKFORD, IL  61104  

SSN-xxx-xx-8350

Case Number: 05-72636

Case filed on: 5/24/2005  
Plan Confirmed on: 8/22/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $4,806.41     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ILLINOIS DEPARTMENT OF REVENUE | 198.48 | 198.48 | 198.48 | 0.00 |
|  | Total Priority | 198.48 | 198.48 | 198.48 | 0.00 |
| 999 | JIMMY L. AVERY | 0.00 | 0.00 | 29.24 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 29.24 | 0.00 |
| 001 | CARBIZ AUTO CREDIT AQ, INC/CARBIZ USA | 2,500.00 | 2,500.00 | 2,500.00 | 416.98 |
|  | Total Secured | 2,500.00 | 2,500.00 | 2,500.00 | 416.98 |
| 001 | CARBIZ AUTO CREDIT AQ, INC/CARBIZ USA | 2,181.20 | 0.00 | 0.00 | 0.00 |
| 002 | ROYCE FINANCIAL | 225.00 | 0.00 | 0.00 | 0.00 |
| 003 | SECURITY FINANCE | 296.84 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 5,586.23 | 0.00 | 0.00 | 0.00 |
| 006 | CRUSADER CLINIC | 363.13 | 0.00 | 0.00 | 0.00 |
| 007 | IDES BENEFIT PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 3,167.51 | 0.00 | 0.00 | 0.00 |
| 009 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 726.87 | 0.00 | 0.00 | 0.00 |
| 011 | ILLINOIS DEPARTMENT OF REVENUE | 12.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD MERCANTILE AGENCY INC | 119.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 12,677.78 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 16,740.26 | 4,062.48 | 4,091.72 | 416.98 |

Total Paid Claimant:        $4,508.70  
Trustee Allowance:          $297.71  
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/24/2008          By   /s/Heather M. Fagan